1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH, LLP
2  201 Mission Street, Suite 2700
   San Francisco, California  94105
3  Telephone:    (415) 348-6000
   Facsimile:    (415) 348-6001
4  Email:        jkirsch@gibsonrobb.com

5  Attorneys for Plaintiff
   VALLEY ORCHIDS, INC.
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                         OAKLAND

10

11 SOUTH PACIFIC ORCHIDS, INC., a           )   Case No. 3:10-CV-03278-SBA
   corporation;                             )
12                                          )   **STIPULATION OF DISMISSAL AND**
              Plaintiff,                    )   **ORDER THEREON**
13                                          )
       v.                                   )
14                                          )   [FRCP 41(a)(2)
   ROUND-THE-WORLD LOGISTICS                )
15 (U.S.A.) CORP., a corporation;           )
   EVERGREEN SHIPPING AGENCY                )
16 (AMERICA) CORPORATION, a                 )
   corporation; EVERGREEN                   )
17 INTERNATIONAL CORP., a corporation;      )
   EVERGREEN INTERNATIONAL INC., a          )
18 corporation; EVERGREEN LINE, an entity   )
   of unknown form; BENZ                    )
19 TRANSPORTATION INC.,  a corporation;     )
   and DOES ONE through FIFTEEN,            )
20                                          )
              Defendants.                   )
21 _____ )

22        Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties hereby stipulate and

23 request the following:

24        Pursuant to settlement, this action is hereby dismissed with prejudice, provided however

25 that if, within 120 days of the entry of this order, plaintiff files notice, supported by declaration,

26 that the consideration in the settlement agreement has not been paid by BENZ

27 TRANSPORTATION INC., the dismissal as to BENZ TRANSPORTATION INC. only shall be

28 vacated and the action shall be restored to the active docket.

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
CASE NO. 3:10-CV-03278-SBA; OUR FILE NO. 5474.77

|    |                       |                                                                  |
|----|-----------------------|------------------------------------------------------------------|
| 1  |                       | Respectfully submitted,                                          |
| 2  | Dated: March 13, 2012 | GIBSON ROBB & LINDH LLP                                          |
| 3  |                       | /s/ JOSHUA E. KIRSCH                                             |
|    |                       | Joshua E. Kirsch                                                 |
| 4  |                       | Attorney for Plaintiff                                           |
|    |                       | SOUTH PACIFIC ORCHIDS, INC.                                      |
| 5  |                       |                                                                  |
| 6  | Dated: March 13, 2012 | LAW OFFICES OF GARY A. ANGEL                                     |
|    |                       | /s/ GARY A. ANGEL                                                |
| 7  |                       | Gary A. Angel , Esq.                                             |
|    |                       | Attorney for Third Party Defendant                               |
| 8  |                       | PORTS AMERICA, INC.                                              |
| 9  | Dated: March 13, 2012 | COGSWELL NAKAZAWA & CHANG, LLP                                   |
| 10 |                       | /s/ ALAN NAKAZAWA                                                |
|    |                       | Alan Nakazawa, Esq.                                              |
| 11 |                       | Attorney for Defendants, Cross-Claimants and                     |
|    |                       | Third Party Plaintiffs                                           |
| 12 |                       | EVERGREEN SHIPPING AGENCY (AMERICA)                              |
|    |                       | CORPORATION, EVERGREEN                                           |
| 13 |                       | INTERNATIONAL CORP. AND EVERGREEN                                |
|    |                       | MARINE (UK) LIMITED, SUED HEREIN AND                             |
| 14 |                       | DOING BUSINESS AS "EVERGREEN LINE"                               |
| 15 | Dated: March 13, 2012 | LAW OFFICES OF JOHN M. DALEY                                     |
| 16 |                       | /s/ JOHN M. DALEY                                                |
|    |                       | John M. Daley, Esq.                                              |
| 17 |                       | Attorney for Defendant and Cross-Defendant                       |
|    |                       | BENZ TRANSPORTATION INC.                                         |
| 18 |                       |                                                                  |
| 19 | Dated: March 13, 2012 | ROBERTS & KEHAGIARAS LLP                                         |
| 20 |                       | /s/ CAMERON ROBERTS                                              |
|    |                       | Cameron Roberts, Esq.                                            |
| 21 |                       | Attorney for Defendant                                           |
|    |                       | ROUND-THE-WORLD LOGISTICS (U.S.A.)                               |
| 22 |                       | CORP.                                                            |

23  Joshua E. Kirsch attests that concurrence in the filing of this document has been obtained

24  from each of the other signatories identified herein.

25

26     IT IS SO ORDERED.          Dated: 3/14/12

27

28                                 _____
                                   UNITED STATES DISTRICT JUDGE