|   |   |
|---|---|
| 1 | JOSHUA E. KIRSCH (179110) |
|   | GIBSON ROBB & LINDH, LLP |
| 2 | 201 Mission Street, Suite 2700 |
|   | San Francisco, California  94105 |
| 3 | Telephone:     (415) 348-6000 |
|   | Facsimile:      (415) 348-6001 |
| 4 | Email:           jkirsch@gibsonrobb.com |
| 5 | Attorneys for Plaintiff |
|   | VALLEY ORCHIDS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| SOUTH PACIFIC ORCHIDS, INC., a corporation; | Case No. 3:10-CV-03278-SBA |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| v. | [FRCP 41(a)(2)] |
| ROUND-THE-WORLD LOGISTICS (U.S.A.) CORP., a corporation; EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION, a corporation; EVERGREEN INTERNATIONAL CORP., a corporation; EVERGREEN INTERNATIONAL INC., a corporation; EVERGREEN LINE, an entity of unknown form; BENZ TRANSPORTATION INC., a corporation; and DOES ONE through FIFTEEN, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties hereby stipulate and request the following:

Pursuant to settlement, this action is hereby dismissed with prejudice, provided however that if, within 120 days of the entry of this order, plaintiff files notice, supported by declaration, that the consideration in the settlement agreement has not been paid by BENZ TRANSPORTATION INC., the dismissal as to BENZ TRANSPORTATION INC. only shall be vacated and the action shall be restored to the active docket.

|    |                          |                                                                 |
|----|--------------------------|-----------------------------------------------------------------|
| 1  |                          | Respectfully submitted,                                         |
| 2  | Dated: March 13, 2012    | GIBSON ROBB & LINDH LLP                                         |
| 3  |                          | /s/ JOSHUA E. KIRSCH                                            |
|    |                          | Joshua E. Kirsch                                                |
| 4  |                          | Attorney for Plaintiff                                          |
|    |                          | SOUTH PACIFIC ORCHIDS, INC.                                     |
| 5  |                          |                                                                 |
|    | Dated: March 13, 2012    | LAW OFFICES OF GARY A. ANGEL                                    |
| 6  |                          |                                                                 |
|    |                          | /s/ GARY A. ANGEL                                               |
| 7  |                          | Gary A. Angel , Esq.                                            |
|    |                          | Attorney for Third Party Defendant                              |
| 8  |                          | PORTS AMERICA, INC.                                             |
| 9  | Dated: March 13, 2012    | COGSWELL NAKAZAWA & CHANG, LLP                                  |
| 10 |                          | /s/ ALAN NAKAZAWA                                               |
|    |                          | Alan Nakazawa, Esq.                                             |
| 11 |                          | Attorney for Defendants, Cross-Claimants and                    |
|    |                          | Third Party Plaintiffs                                          |
| 12 |                          | EVERGREEN SHIPPING AGENCY (AMERICA)                             |
|    |                          | CORPORATION, EVERGREEN                                          |
| 13 |                          | INTERNATIONAL CORP. AND EVERGREEN                               |
|    |                          | MARINE (UK) LIMITED, SUED HEREIN AND                            |
| 14 |                          | DOING BUSINESS AS "EVERGREEN LINE"                              |
| 15 | Dated: March 13, 2012    | LAW OFFICES OF JOHN M. DALEY                                    |
| 16 |                          | /s/ JOHN M. DALEY                                               |
|    |                          | John M. Daley, Esq.                                             |
| 17 |                          | Attorney for Defendant and Cross-Defendant                      |
|    |                          | BENZ TRANSPORTATION INC.                                        |
| 18 |                          |                                                                 |
| 19 | Dated: March 13, 2012    | ROBERTS & KEHAGIARAS LLP                                        |
| 20 |                          | /s/ CAMERON ROBERTS                                             |
|    |                          | Cameron Roberts, Esq.                                           |
| 21 |                          | Attorney for Defendant                                          |
|    |                          | ROUND-THE-WORLD LOGISTICS (U.S.A.)                              |
| 22 |                          | CORP.                                                           |

23   Joshua E. Kirsch attests that concurrence in the filing of this document has been obtained

24 from each of the other signatories identified herein.

25

26   IT IS SO ORDERED.        Dated: 3/14/12

27

28                            _____
                              UNITED STATES DISTRICT JUDGE